(February 20, 1992)

■ ALIREZA TADAYON, Appellant, v CITY OF NEW YORK et al.,

Respondents.—Order, Supreme Court, Bronx County (Herbert Shapiro, J.), entered on October 9, 1990 unanimously affirmed for the reasons stated by Herbert Shapiro, J., without costs or disbursements. No opinion. Concur—Murphy, P. J., Sullivan, Ellerin, Ross and Kassal, JJ.